1
2
3
4
5
6
7

# JS-6

8

**UNITED STATES DISTRICT COURT**

9

**CENTRAL DISTRICT OF CALIFORNIA**

10

| | |
|---|---|
| JOSE ABADIN, derivatively on behalf of STAN LEE MEDIA, INC., a Colorado Corporation, | CASE NO.  CV 09-2340 SVW (SSx) |
| | **ORDER RE REQUEST FOR STAY OF CURRENT ACTION** |
| | |
| Plaintiff, | Current Status Conference and Hearing on Motion to Dismiss: |
| v. | |
| STAN LEE, an individual, | Date:         September 14, 2009<br>Time:         1:30 p.m.<br>Crtrm:       6 |
| Defendant. | *The Hon. Stephen V. Wilson* |

11
12
13
14
15
16
17
18
19
20

21    GOOD CAUSE APPEARING THEREFOR, This action, case no. CV 09-

22    2340 SVW (SSx), is hereby stayed pending the resolution of any motion(s) to

23

24    dismiss the action currently pending in the United States District Court for the

25    Southern District of New York, Case No. 09 Civ. 0715 (PAC).

26        Counsel for Plaintiff is to give written notice to this Court and to counsel for

27

28    the defendant of the resolution of any motion(s) to dismiss the action currently

1 pending in the United States District Court for the Southern District of New York,

2 Case No. 09 Civ. 0715 (PAC).

3

4          The Status Conference and Hearing on Defendant's Motion to Dismiss –

5 currently scheduled for September 14, 2009, at 1:30 p.m. in this Court and the Status

6 Conference currently scheduled for September 14, at 3:00 p.m. – are hereby taken

7 off calendar.

8

9          IT IS SO ORDERED.

10 Dated:  September 11, 2009          _____

11                                              Hon. Stephen V. Wilson

12                                              Judge, United States District Court

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-2-

[PROPOSED] ORDER RE REQUEST FOR STAY OF CURRENT ACTION
CASE NO. 09-CV-002340-SVW (SSx)CASE NO. 09-CV-002340-SVW (SSx)

LITIGATION\1848152.1